NUMBER 13-06-336-CR

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

                                                                                                                     


 

IN RE: BEVY LEE WILSON

                                                                                           
                          

 

On Petition for Writ of Mandamus

                                                                                                                     


 

                               MEMORANDUM
OPINION                                    

 

                      Before
Justices Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

Relator,
Bevy Lee Wilson, filed a petition for writ of mandamus in the above cause on
June 9, 2006 in which he alleges that the Respondents, Olivia Oballe-Aguilar,
Cynthia Motal, and Sara E. Rivera, Court Reporters for the 117th Judicial
District Court of Nueces County, Texas failed to file the reporter=s record in cause numbers 13-05-279-CR and
13-05-280-CR with this Court by the due date of June 1, 2006.  The relator=s
petition asks this Court to order the respondents to file the reporter=s record in cause numbers 13-05-279-CR and
13-05-280-CR immediately. 








On
April 4, 2006, this Court granted court reporter=s
request for extension of time to file reporter=s
record, extending the time to June 1, 2006. 
Our records reflect that the court reporters complied with this Court=s request and filed
the reporter=s record with this
Court on June 1, 2006.

The Court, having examined and fully considered
the documents on file and petition for writ of mandamus, is of the opinion that
relator has not shown himself entitled to the relief sought and the petition
for writ of mandamus should be denied.  See
Tex. R. App. P. 52.8.  Accordingly, the petition for writ of
mandamus is DENIED. 

 

PER CURIAM

 

 

Memorandum
Opinion delivered 

and filed this
the 13th day of June, 2006.